**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6140

JASON A. MORANT,

Plaintiff - Appellant,

v.

DOUGLAS M. VAUGHN, Warden, Nottoway Correctional Center, in
his individual and official capacity; ANITA BRYANT, Regional
Ombudsman, in her individual and official capacity; G. K.
WASHINGTON, Regional Director for the Central Region; JOHN
JABE, Deputy Director of Operations, Virginia Department of
Corrections, in his individual and official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (2:08-cv-00155-JBF-JEB)

Submitted:  July 30, 2009                 Decided:  August 4, 2009

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jason A. Morant, Appellant Pro Se.  Richard Carson Vorhis,
Senior Assistant Attorney General, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason A. Morant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Morant v. Vaughn, No. 2:08-cv-00155-JBF-JEB (E.D. Va. filed Jan. 8, 2009 & entered Jan. 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED